| | |
|---|---|
| 1 | DORON WEINBERG (SBN 46131) |
| | LAW OFFICES OF DORON WEINBERG |
| 2 | 523 Octavia Street |
| | San Francisco, CA 9102 |
| 3 | Telephone: (415) 431-3472 |
| | Facsimile: (415) 552-2703 |
| 4 | Email: doronweinberg@aol.com |
| 5 | Attorney for Defendant OSHAN COOK |

IN THE UNITED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  NO.  CR-10-376-JSW
              )
    Plaintiff, )  **STIPULATION PERMITTING**
              )  **TRAVEL OUTSIDE DISTRICT;**
    vs.       )  (PROPOSED) **ORDER**
              )
OSHAN COOK,   )
              )
    Defendant. )
_____)

IT IS HEREBY STIPULATED by and between defendant Oshan Cook, through his attorney Doron Weinberg and Plaintiff United States of America, through Assistant United States Attorney Chinhayi Cadet, with the consent of his Pretrial Services Supervisor Paul Mamaril that defendant Oshan Cook may travel for the purpose of employment on May 14, 2012 to Nixon, Nevada, where he will be working at a festival taking place there between May 17-21. He is permitted to leave the Nixon, Nevada area on May 22, and travel to Orange, California, for the purpose of working another festival taking place there which is scheduled for May 24-28. He will return to the Northern District of California no later than May 30, 2012.

During the period of travel defendant Cook shall maintain contact with the United States Pretrial Services, as directed.

///

///

Stipulation Modifying Conditions
of Pretrial Release (No. CR-S-10-376 JSW)        1

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | LAW OFFICES OF DORON WEINBERG |
| 3 | Dated: May 2, 2012 | /s/ Doron Weinberg |
| 4 |  | DORON WEINBERG<br>Attorney for Defendant OSHAN COOK |
| 5 |  |  |
| 6 |  | MELINDA HAAG<br>United States Attorney |
| 7 |  | Northern District of California |

Dated: May 2, 2012

By: /s/ Chinhayi Cadet
CHINHAYI CADET
Assistant United States Attorney
For Plaintiff UNITED STATES OF AMERICA

**IT IS SO ORDERED:**

Dated: 8 May 2012

~~HON. JEFFREY S. WHITE~~ Bernard Zimmerman
Magistrate Judge, U.S. District Court
Northern District of California

Stipulation Modifying Conditions
of Pretrial Release (No. CR-S-10-376 JSW)                2