1 | MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0376 JSW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| v. | |
| OSHAN COOK, | |
| Defendant. | |

STIPULATION; ORDER
CR 10-0376 JSW

**STIPULATION**

On August 3, 2012, a Notice and Order Regarding Criminal Settlement Conference scheduled a settlement conference in the above-captioned matter to take place on August 23, 2012 at 1:30 p.m., before the Honorable Laurel Beeler. However, defense counsel Doron Weinberg and government counsel Peter Axelrod both have court appearances that conflict with that schedule. Accordingly, the parties jointly request that the settlement conference in this case be rescheduled to take place on **Wednesday, August 29, 2012 at 9:30 a.m.**

Dated: August 6, 2012 /s/
DORON WEINBERG
Attorney for Defendant Oshan Cook

Dated: August 6, 2012 MELINDA HAAG
United States Attorney

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the above stipulation, and for good cause appearing, THE COURT ORDERS THAT:

The settlement conference set for August 23, 2012 at 1:30 p.m., is hereby rescheduled to take place on **Wednesday, August 29, 2012 at 9:30 a.m.**

Dated: August 7, 2012
HONORABLE LAUREL BEELER
United States District Judge