DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 9102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
Email: doronweinberg@aol.com

Attorney for Defendant OSHAN COOK

IN THE UNITED DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OSHAN COOK, <br><br> Defendant. | NO.  CR-10-00376-JSW <br><br> **STIPULATION TAKING SETTLEMENT CONFERENCE OFF CALENDAR;** ~~**(PROPOSED)**~~ **ORDER** |

The Court ordered that a settlement conference be held before Magistrate Judge Laurel Beeler, and that conference is presently scheduled for Wednesday, August 29, 2012 at 9:30 a.m. It is Defendant's belief, however, that a settlement conference at this time would not be productive, and Defendant has so informed the government. Accordingly, Defendant, through undersigned counsel, and the United States, through undersigned counsel, stipulate and request that the presently scheduled settlement conference be taken off calendar.

Respectfully submitted,

LAW OFFICES OF DORON WEINBERG

Dated: August 22, 2012         /s/ Doron Weinberg
                               DORON WEINBERG
                               Attorney for Defendant
                               OSHAN COOK

///

///

Stipulation Taking Settlement
Conference Off Calendar; ~~(Proposed)~~
Order  (No. CR-S-10-376 JSW)               1

|   |   |   |
|---|---|---|
| | | MELINDA HAAG<br>United States Attorney<br>Northern District of California |
| Dated: August 22, 2012 | | By: /s/ Chinhayi Cadet<br>CHINHAYI CADET<br>Assistant United States Attorney<br>For Plaintiff UNITED STATES OF AMERICA |

**IT IS SO ORDERED:**

Dated: August 27, 2012

HONORABLE LAUREL BEELER
Magistrate Judge, U.S. District Court
Northern District of California

Stipulation Taking Settlement Conference Off Calendar; (Proposed) Order (No. CR-S-10-376 JSW)

2